### Frederick Becklenberg v. Louis F. Hopkins.

1. VERDICTS—*Upon Questions of Fact.*—Verdicts upon questions of fact are, in general, conclusive.

Replevin.—Appeal from the County Court of Cook County; the Hon. ORRIN N. CARTER, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed December 14, 1896.

This case was begun before a justice of the peace, as an action of replevin. The constable being unable to find the property, a judgment in trover for the plaintiff for $100 was rendered by the justice.

Upon appeal to the County Court, a trial was had before a jury, who returned a verdict of $81 damages, upon which appellee had judgment.

W. J. LAVERY, attorney for appellant.

ADOLPH L. BENNER, attorney for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

Only a question of fact is involved in this case. Appellant claims to have purchased a piano which he had once received for storage.

Appellee claims to have an order from the alleged vendors to deliver the piano to him, appellee.

Whether the chattel mortgage held by appellee is valid, or was a lien superior to the claim of appellant, is now immaterial. The jury found, in effect, that appellant had been tendered all his proper charges for storage, and that thereupon appellee became entitled to the possession of the property in dispute.

Appellant's claim that he had bought and paid for the piano, was discredited by the jury.

The judgment of the County Court is therefore affirmed.